```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 20322
    ROBERT C LEONARD SR
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-6135


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/31/2007 and was not confirmed.

     The case was dismissed without confirmation 02/13/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------

HARLEY DAVIDSON CREDIT    SECURED VEHIC    7219.00           .00         447.56
HARLEY DAVIDSON CREDIT    UNSECURED         866.61           .00            .00
THE CHAET KAPLAN BAIM FI  NOTICE ONLY     NOT FILED          .00            .00
IL STATE DISBURSEMENT UN  NOTICE ONLY     NOT FILED          .00            .00
CLERK OF THE CIRCUIT COU  DSO ARREARS     NOT FILED          .00            .00
AMERICAN GENERAL FINANCE  UNSECURED        3285.16           .00            .00
LAURA HRISKO ESQ          NOTICE ONLY     NOT FILED          .00            .00
AT & T                    UNSECURED       NOT FILED          .00            .00
OMNIUM WORLDWIDE          NOTICE ONLY     NOT FILED          .00            .00
WEST ASSET MANAGEMENT     NOTICE ONLY     NOT FILED          .00            .00
CAPITAL ONE               UNSECURED       NOT FILED          .00            .00
NORTHLAND GROUP           NOTICE ONLY     NOT FILED          .00            .00
ATG CREDIT LLC            UNSECURED       NOT FILED          .00            .00
ATG CREDIT LLC            NOTICE ONLY     NOT FILED          .00            .00
ATG CREDIT LLC            UNSECURED       NOT FILED          .00            .00
ATG CREDIT LLC            NOTICE ONLY     NOT FILED          .00            .00
IC SYSTEM IN              UNSECURED         462.00           .00            .00
IC SYSTEMS                NOTICE ONLY     NOT FILED          .00            .00
IC SYSTEMS                NOTICE ONLY     NOT FILED          .00            .00
CHRIST MEDICAL CENTER     UNSECURED       NOT FILED          .00            .00
CINGULAR WIRELESS         UNSECURED       NOT FILED          .00            .00
BUREAU OF COLLECTION REC  NOTICE ONLY     NOT FILED          .00            .00
DENTAL BUILDING           UNSECURED       NOT FILED          .00            .00
TROJAN CREDIT SERVICES    NOTICE ONLY     NOT FILED          .00            .00
DIRECTV                   UNSECURED       NOT FILED          .00            .00
NCO FINANCIAL             NOTICE ONLY     NOT FILED          .00            .00
DISH NETWORK              UNSECURED       NOT FILED          .00            .00
THE CBE GROUP INC         NOTICE ONLY     NOT FILED          .00            .00
JAMES T GATELY            UNSECURED         528.26           .00            .00
ILLINOIS STATE HIGHWAY A  UNSECURED       NOT FILED          .00            .00
LOCKPORT DENTAL           UNSECURED       NOT FILED          .00            .00
MARK A MOUNCE             UNSECURED       NOT FILED          .00            .00
LVNV FUNDING              UNSECURED       NOT FILED          .00            .00
LVNV FUNDING              NOTICE ONLY     NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        1176.72           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 20322 ROBERT C LEONARD SR
```

```
FCNB                       NOTICE ONLY   NOT FILED              .00           .00
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY   NOT FILED              .00           .00
MIDWEST DIAGNOSTIC PATHO   UNSECURED     NOT FILED              .00           .00
MOVIE GALLERY              UNSECURED     NOT FILED              .00           .00
NICOR                      UNSECURED     NOT FILED              .00           .00
HARRIS & HARRIS            NOTICE ONLY   NOT FILED              .00           .00
OAKLAWN RADIOLOGY IMAGIN   UNSECURED     NOT FILED              .00           .00
TRUST REC SV               NOTICE ONLY   NOT FILED              .00           .00
IC SYSTEM IN               UNSECURED        297.80              .00           .00
IC SYSTEMS                 NOTICE ONLY   NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED     NOT FILED              .00           .00
RETAILERS NATIONAL BANK    UNSECURED     NOT FILED              .00           .00
SAFEWAY INC                UNSECURED     NOT FILED              .00           .00
SCARAMELLA/FARRELL         UNSECURED     NOT FILED              .00           .00
CENTURY EAR NOSE & THROA   NOTICE ONLY   NOT FILED              .00           .00
UNITED RECOVERY SERVICE    NOTICE ONLY   NOT FILED              .00           .00
SOUTHWEST PEDIATRICS       UNSECURED     NOT FILED              .00           .00
T MOBILE                   UNSECURED        224.04              .00           .00
TARGET NATIONAL BANK       UNSECURED     NOT FILED              .00           .00
WELLS FARGO FINANCIAL AC   UNSECURED     NOT FILED              .00           .00
WELLS FARGO FINANCIAL AC   UNSECURED     NOT FILED              .00           .00
WILL COUNTY STATES ATTOR   UNSECURED     NOT FILED              .00           .00
JOLIET JUNIOR COLLEGE      NOTICE ONLY   NOT FILED              .00           .00
WELLS FARGO FINANCIAL IN   SECURED NOT I   15040.02             .00           .00
GLOBAL ACCEPTANCE CREDIT   UNSECURED        785.40              .00           .00
TIMOTHY K LIOU             DEBTOR ATTY     3,009.20                        109.98
TOM VAUGHN                 TRUSTEE                                          40.16
DEBTOR REFUND              REFUND                                          119.54
```

```
        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 717.24

PRIORITY                                             .00
SECURED                                           447.56
UNSECURED                                            .00
ADMINISTRATIVE                                    109.98
TRUSTEE COMPENSATION                               40.16
DEBTOR REFUND                                     119.54
                       ---------------     ---------------
TOTALS                  717.24                    717.24
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE